Appellate District, of California, denied. *Messrs. Herman Phleger* and *Maurice E. Harrison* for petitioner. *Mr. Everett A. Corten* for respondents.

No. 442. MORGAN ET AL. *v.* BRONNER, RECEIVER; and No. 443. DREW ET AL. *v.* SAME. November 8, 1937. Petition for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Samuel Meyers* for petitioners. *Mr. Stuart G. Gibboney* for respondent.

No. 444. MORAN, RECEIVER *v.* HARRISON. November 8, 1937. Petition for writ of certiorari to the Court of Appeals for the District of Columbia denied. *Messrs. D. C. Colladay* and *George P. Barse* for petitioner. No appearance for respondent.

No. 384. SIOUX TRIBE OF INDIANS *v.* UNITED STATES. November 8, 1937. Petition for writ of certiorari to the Court of Claims denied. *Messrs. Ralph H. Case, Kingman Brewster, J. S. Y. Ivins,* and *C. C. Calhoun* for petitioner. *Solicitor General Reed, Assistant Attorney General McFarland,* and *Messrs. George T. Stormont* and *Oscar A. Provost* for the United States.

No. 448. COCKRELL *v.* BOARD OF COMMISSIONERS OF BURAS LEVEE DISTRICT ET AL. November 8, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Sidney L. Herold* for petitioner. No appearance for respondents.